IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| TONY SHANE PETERS, #710206 | § | |
| VS. | § | CIVIL ACTION NO. 9:10cv41 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Tony Shane Peters, an inmate confined in the Texas prison system, proceeding *pro se*, filed the above-styled and numbered petition for a writ of habeas corpus complaining about his disciplinary case for use or possession of contraband in Case Number 20090081434. Petitioner filed a motion for protective order, construed as a motion for temporary restraining order/preliminary injunction. The petition was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the motion for temporary restraining order/preliminary injunction should be denied. The Petitioner has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such motion, has been presented for consideration, and having made a *de novo* review of the objections raised by the Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Petitioner are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is therefore

1

**ORDERED** that the Petitioner's Motion for Protective Order, construed as a Motion for Temporary Restraining Order/Preliminary Injunction, is hereby **DENIED**.

So **ORDERED** and **SIGNED** this **7** day of **July, 2010.**

_____
Ron Clark, United States District Judge